# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Gaseoma, ) | No. CV-05-4098-PHX-DGC (JCG) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Joseph Arpaio, et al., ) | |
| Defendants. ) | |

Pending before the Court are Plaintiff William Gaseoma's civil rights complaint and United States Magistrate Judge Jennifer C. Guerin's Report and Recommendation ("R&R"). Docs. ##1, 5. The R&R recommends that the Court dismiss the complaint without prejudice for failure to prosecute. Doc. #5 at 3. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 3 (citing [28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the

1 complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may
2 accept, reject, or modify, in whole or in part, the findings or recommendations made by the
3 magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Jennifer C. Guerin's R&R (Doc. #5) is **accepted**.

2. Plaintiff William Gaseoma's civil rights complaint is **dismissed without prejudice**.

3. The Clerk of Court shall **terminate** this action.

DATED this 11th day of May, 2006.

*/s/ Daniel G. Campbell*
_____
David G. Campbell
United States District Judge